# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2565

_____

Maria Elubina Ramos; Nuria
Marisela Umana Ramos,

        Petitioners,

v.

Eric H. Holder, Jr., Attorney General
of the United States,

        Respondent.

\*
\*
\*
\*
\*   Petition for Review of
\*   an Order of the Board
\*   of Immigration Appeals.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: March 29, 2010
Filed: April 2, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizens Maria Ramos and her daughter Nuria Ramos petition for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture.[1] We conclude that the denial of asylum and related relief was supported by substantial evidence on the record as a whole, see Samedov v. Gonzales, 422 F.3d 704, 706-09 (8th Cir. 2005) (standard of review), and we see no

_____

[1] Petitioners do not challenge the denial of cancellation of removal.

indication in the record that petitioners' due process rights were violated, <u>see</u> <u>Flores v. Ashcroft</u>, 354 F.3d 727, 729-30 (8th Cir. 2003) (de novo standard of review).

Accordingly, we deny the petition for review.

_____